# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH A. THORN,** | : | CIVIL ACTION NO. 1:06-CV-0915 |
| | : | |
| **Plaintiff** | : | (Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **CREDITOR FINANCIAL GROUP,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 5th day of June, 2006, upon consideration of plaintiff's concurred-in motion to dismiss the above-captioned case with prejudice (Doc. 4), it is hereby ORDERED that:

1. The motion to dismiss (Doc. 4) is GRANTED.

2. The above-captioned case is DISMISSED with prejudice.

3. The Clerk of Court is directed to CLOSE this case.

                                                        /s/ Christopher C. Conner
                                                        CHRISTOPHER C. CONNER
                                                        United States District Judge